IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC, : : : Plaintiff, : : v. : : POPCORNFLIX.COM LLC, CRACKLE : PLUS, LLC, SCREEN MEDIA : VENTURES, LLC, and CHICKEN SOUP : FOR THE SOUL ENTERTAINMENT : INC., : : Defendants. : | Case No. 22-666-RGA  **JURY TRIAL DEMANDED** |

## AGREED-UPON MOTION AND [PROPOSED] ORDER TO EXTEND TIME

Counsel for Plaintiff, Quantum Technology Innovations, LLC, was in contact with a representative of Defendants, Popcornflix.com LLC, Crackle Plus, LLC, Screen Media Ventures, LLC, and Chicken Soup for the Soul Entertainment Inc., and agreed, with the Court's permission, that the deadline for Popcornflix.com LLC, Crackle Plus, LLC, Screen Media Ventures, LLC, and Chicken Soup for the Soul Entertainment Inc., to answer, plead, or otherwise respond to the Complaint (D.I. 1) shall be further extended through and including December 2, 2022, including in order for the parties to continue their ongoing efforts to resolve this case.

Dated: November 4, 2022

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

2

                        Of Counsel:
                        Shea N. Palavan
                        PALAVAN & MOORE, PLLC
                        5353 West Alabama Street, Suite 303
                        Houston, Texas 77056
                        4590 MacArthur Boulevard, Suite 500
                        Newport Beach, California 92660
                        Telephone: (832) 800-4133
                        Facsimile: (855) PALAVAN (725-2826)
                        shea@houstonip.com

                        *Attorneys for Plaintiff,*
                        *Quantum Technology Innovations, LLC*

SO ORDERED this _____ day of _____, 2022.

                                                        UNITED STATES DISTRICT JUDGE