IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC, : : : Plaintiff, : : v. : : POPCORNFLIX.COM LLC, CRACKLE : PLUS, LLC, SCREEN MEDIA : VENTURES, LLC, and CHICKEN SOUP : FOR THE SOUL ENTERTAINMENT : INC., : : Defendants. : | C.A. 22-666-RGA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), Plaintiff Quantum Technology Innovations, LLC (hereinafter, "Plaintiff") hereby respectfully gives notice that this action is voluntarily dismissed with prejudice. Defendants Popcornflix.com LLC, Crackle Plus, LLC, Screen Media Ventures, LLC, and Chicken Soup for the Soul Entertainment Inc. have not served an answer or motion for summary judgment or otherwise responded to the Complaint (D.I. 1) in this action.

Dated: April 19, 2023

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Of Counsel:
Shea N. Palavan
PALAVAN & MOORE, PLLC
5353 West Alabama Street, Suite 303
Houston, Texas 77056
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (832) 800-4133
Facsimile: (855) PALAVAN (725-2826)
shea@houstonip.com

*Attorneys for Plaintiff,*
*Quantum Technology Innovations, LLC*